DAYLE ELIESON
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5053 / Fax: (702) 388-5087
brandon.jaroch@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-00867-GWF |
| Plaintiff, | Stipulation to Continue Preliminary Hearing (First Request) |
| vs. | |
| TAELER MYLOTT, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, BRANDON C. JAROCH, Assistant United States Attorney, counsel for the United States of America and BENJAMIN C. DURHAM, Esq., counsel for the defendant TAELER MYLOTT:

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR November 5, 2018, at 4:00 p.m., before the Honorable Magistrate Judge George W. Foley, Jr., be vacated and set to a time convenient for the Court, but no later than 30 days from the current setting.

This Stipulation is entered into for the following reasons:

1. The Government provided a large volume of discovery to the defense counsel who is still reviewing and needs additional time to prepare for a preliminary hearing.

2. Counsel for the defendant and counsel for the government agree to the continuance.

3. The defendant is not detained and agrees to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for a continuance.

Dated this 25th day of October, 2018.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney

/s/ *Brandon C. Jaroch*
BRANDON C. JAROCH
Assistant United States Attorney

/s/ *Benjamin C. Durham*
BENJAMIN C. DURHAM, Esq.
Counsel for MYLOTT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>TAELER MYLOTT,<br><br>      Defendant. | Case No.: 2:18-mj-00867-GWF<br><br><br>ORDER |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing, currently scheduled for November 5, 2018, at 4:00 p.m., be vacated and continued to __December 5, 2018__, at __4:00__ p.m.

DATED this __26th__ day of __October__, 2018.

_____
HONORABLE GEORGE W. FOLEY, Jr.
UNITED STATES MAGISTRATE JUDGE