Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 South 10th Street
Las Vegas, Nevada 89101
(702) 631-6111 / Fax: (702) 960-4084
bdurham@vegasdefense.com

*Counsel for Taeler Mylott*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-00867-GWF |
| Plaintiff, | Stipulation to Continue Preliminary Hearing Date (Second Request) |
| vs. | |
| TAELER MYLOTT, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, BRANDON C. JAROCH, Assistant United States Attorney, counsel for the United States of America and BENJAMIN C. DURHAM, counsel for the defendant TAELER MYLOTT:

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR January 7, 2019, at 4:00 p.m., before Magistrate Judge George W. Foley, Jr., be vacated and set to a time convenient for the Court, but no later than 60 days from the current setting.

1     This Stipulation is entered into for the following reasons:

2     1. The Government provided a large volume of discovery to the defense
3  counsel who is still reviewing and needs additional time to prepare for a preliminary
4  hearing.

5     2. Counsel for the defendant and counsel for the government agree to the
6  continuance.

7     3. The defendant is not detained and agrees to the continuance.

8     4. Denial of this request for continuance could result in a miscarriage of
9  justice.

10    5. This is the second request for a continuance.

12    Dated this 7th day of January, 2019.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney

/s/ *Brandon C. Jaroch*
BRANDON C. JAROCH
Assistant United States Attorney

/s/ *Benjamin C. Durham*
BENJAMIN C. DURHAM, Esq.
Counsel for MYLOTT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-00867-GWF |
| Plaintiff, | |
| vs. | ORDER |
| TAELER MYLOTT, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing, currently scheduled for January 7, 2019, at 4:00 p.m., be vacated and continued to __March 7. 2019__, at __4:00__ p.m.

DATED this __7th__ day of __January__, 2019.

_____
HONORABLE GEORGE W. FOLEY, Jr.
UNITED STATES MAGISTRATE JUDGE