Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. Rancho Dr. Ste B14
Las Vegas, Nevada 89106
(702) 631-6111 / Fax: (702) 960-4084
bdurham@vegasdefense.com

*Counsel for Taeler Mylott*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TAELER MYLOTT,<br><br>    Defendant. | Case No.: 2:18-mj-00867-GWF<br><br>Stipulation to Continue Preliminary Hearing Date (Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS TRUTANICH, United States Attorney, BRANDON C. JAROCH, Assistant United States Attorney, counsel for the United States of America, and BENJAMIN C. DURHAM, counsel for the defendant TAELER MYLOTT:

THAT the preliminary hearing currently scheduled for April 9, 2019, at 4:00 p.m., before Magistrate Judge George W. Foley, Jr., be vacated and set to a time convenient for the Court, but no sooner than 45 days from the current setting.

This Stipulation is entered into for the following reasons:

1. The Government provided a large volume of discovery to defense counsel who is still reviewing and needs additional time to prepare for a preliminary hearing.

2. This case is being reassigned within the United States Attorney's office and new counsel will need time to review the case.

3. The parties anticipate a negotiated resolution which would obviate the need for a preliminary hearing.

4. Counsel for the defendant and counsel for the government agree to the continuance.

5. The defendant is not detained and agrees to the continuance.

6. Denial of this request for continuance could result in a miscarriage of justice.

7. This is the fourth request for a continuance.

Dated this 3rd day of April, 2019.

        Respectfully Submitted,

        NICHOLAS TRUTANICH
        United States Attorney

        /s/ *Brandon C. Jaroch*
        BRANDON C. JAROCH
        Assistant United States Attorney

        /s/ *Benjamin C. Durham*
        BENJAMIN C. DURHAM
        Counsel for MYLOTT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-00867-GWF |
| Plaintiff, | |
| vs. | ORDER |
| TAELER MYLOTT, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing, currently scheduled for April 9, 2019, at 4:00 p.m., be vacated and continued to __May 24, 2019__, at __4:00__ p.m.

DATED this __4th__ day of __April__, 2019.

_____
HONORABLE GEORGE W. FOLEY, Jr.
UNITED STATES MAGISTRATE JUDGE

3