Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. Rancho Dr. Ste B14
Las Vegas, Nevada 89106
(702) 631-6111 / Fax: (702) 960-4084
bdurham@vegasdefense.com

*Counsel for Taeler Mylott*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAELER MYLOTT,<br><br>Defendant. | Case No.  2:18-mj-00867-GWF<br><br>Stipulation to Continue Preliminary Hearing Date (Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS TRUTANICH, United States Attorney, KEVIN SCHIFF, Assistant United States Attorney, counsel for the United States of America, and BENJAMIN C. DURHAM, counsel for the defendant TAELER MYLOTT:

THAT the preliminary hearing currently scheduled for May 24, 2019, at 4:00 p.m., before Magistrate Judge George W. Foley, Jr., be vacated and set to a time convenient for the Court, but no sooner than 90 days from the current setting.

This Stipulation is entered into for the following reasons:

1. The Government provided a large volume of discovery to defense counsel who is still reviewing and needs additional time to prepare for a preliminary hearing.

2. This case is being reassigned within the United States Attorney's office and new counsel needs additional time to review the case.

3. The parties anticipate a negotiated resolution which would obviate the need for a preliminary hearing.

4. Counsel for the defendant and counsel for the government agree to the continuance.

5. The defendant is not detained and agrees to the continuance.

6. Denial of this request for continuance could result in a miscarriage of justice.

7. This is the fifth request for a continuance.

Dated this 21st day of May 2019.

Respectfully Submitted,

NICHOLAS TRUTANICH
United States Attorney

/s/ *Kevin Schiff*
KEVIN SCHIFF
Assistant United States Attorney

/s/ *Benjamin C. Durham*
BENJAMIN C. DURHAM
Counsel for MYLOTT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-00867-GWF |
| Plaintiff, | |
| vs. | ORDER |
| TAELER MYLOTT, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing, currently scheduled for May 24, 2019, at 4:00 p.m., be vacated and continued to August 22, 2019, at 4:00 p.m.

DATED this 22nd day of May, 2019.

_____
HONORABLE GEORGE W. FOLEY, Jr.
UNITED STATES MAGISTRATE JUDGE