FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 19 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-00867-EJY |
| Plaintiff, | |
| | ORDER |
| vs. | |
| TAELER MYLOTT, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing, currently scheduled for August 22, 2019, at 4:00 p.m., be vacated and continued to _Oct. 21, 2019_, at _4:00_ p.m. _courtroom 3A._

DATED this _19th_ day of _August_, 2019.

_[signature]_

HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE