**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TAELER MYLOTT,<br><br>    Defendant. | Case No.: 2:18-mj-00867-EJY<br><br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing, the Preliminary Hearing currently scheduled for November 21, 2019, is vacated, and continued to December 23, 2019, at 4:00 p.m. in Courtroom 3D.

IT IS SO ORDERED

_____
THE HONORABLE ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2019

3