CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
RASMUSSEN LAW P.C.
520 S. Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 550-7031
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>TAELER JORDAN MYLOTT,<br><br>   Defendant. | Case No. 2:19-cr-00326-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL APPEARANCE/REVOCATION OF SUPERVISED RELEASED** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Joshua Brister, Assistant United States Attorney, and Chris T. Rasmussen, Esq., counsel for Taeler Jordan Mylott, that the arraignment currently scheduled for July 14th, 2022 at 3:30 pm be vacated and set to a date and time convenient to this Court but no sooner than two weeks.

This Stipulation is entered into for the following reasons:

  1. The parties agree to a continuance;

  3. Counsel for the Defendant has not yet spoken to the Defendant;

  4. Denial of this request could result in a miscarriage of justice;

  5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the arraignment date by two weeks.

  7. This is the first request for continuance.

  …

DATED this 13th day of July, 2022.

/s/ Chris T. Rasmussen /s/ Joshua Brister

_____  _____

CHRIS T. RASMUSSEN, ESQ.   JOSHUA BRISTER
Attorney for Defendant   Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TAELER JORDAN MYLOTT,<br><br>　　　　Defendant. | Case No.: 2:19-cr-00326-APG-NJK-1<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

3. Counsel for the Defendant has not yet spoken to the Defendant.

**CONCLUSIONS OF LAW**

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the arraignment date for three weeks.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAELER JORDAN MYLOTT,<br><br>Defendant. | Case No.: 2:19-cr-00326-APG-NJK-1<br><br>**ORDER** |

Accordingly, IT IS SO ORDERED that the initial appearance/revocation of supervised release currently scheduled for July 14, 2022 at the hour of 3:30 p.m. be vacated and continued to July 28, 2022, at the hour of 2:30 p.m. in Las Vegas Courtroom 6C.

DATED this 14th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE