# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TAELER JORDAN MYLOTT,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-00326-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 74] |

　　　IT IS HEREBY ORDERED that Edward G. Veronda, Assistant United States Attorney is withdrawn as attorney of record for the Government.

　　　IT IS FURTHER ORDERED that Edward G. Veronda shall be removed from the CM/ECF service list in this case.

Dated: July 19, 2022

_____
United States Magistrate Judge

2