CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 550-7031
Attorney for Defendant

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>TAELER JORDAN MYLOTT,<br><br>            Defendant. | Case No. 2:19-cr-00326-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, TAELER JORDAN MYLOTT, by and through his counsel Chris T. Rasmussen, Esq., and the United States of America, by and through Jason M. Frierson, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, that the supervised release revocation hearing currently scheduled for December 20, 2022, at 9:00 am be vacated and set to a date and time convenient to this Court but no sooner than thirty days.

This Stipulation is entered into for the following reasons:

    1. The parties agree to a continuance;

    2. Denial of this request could result in a miscarriage of justice;

    3. For all the above- stated reasons, the ends of justice would best be served by a continuance of the supervised release revocation hearing date by thirty days.

4. This is the second request for continuance.

DATED this 16th day of December, 2022.

/s/ Chris T. Rasmussen  /s/ Joshua Brister
_____  _____
CHRIS T. RASMUSSEN, ESQ.  JOSHUA BRISTER
Attorney for Defendant  Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> vs.<br><br>TAELER JORDAN MYLOTT,<br><br>  Defendant. | Case No.: 2:19-cr-00326-APG-NJK-1<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

**CONCLUSIONS OF LAW**

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the supervised release revocation hearing for thirty days.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TAELER JORDAN MYLOTT,<br><br>    Defendant. | Case No.: 2:19-cr-00326-APG-NJK<br><br>**ORDER** |

Accordingly, IT IS SO ORDERED that the supervised release revocation hearing currently scheduled for December 20, 2022 at the hour of 9:00 a.m., be vacated and continued to February 16, 2023, at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 16th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE